UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

VINCENT HALLMAN, :
    Plaintiff :
     :
v. : CIVIL NO. 1:12-CV-960
     :
HUNTINGDON COUNTY COURT :
HOUSE, *et al.*, :
    Defendants :

*O R D E R*

AND NOW, this 15th day of February, 2013, upon consideration of the report and recommendation of the magistrate judge (Doc. 41), filed December 5, 2012, to which no objections were filed, and upon independent review of the record, it is ordered that:

    1. The magistrate judge's report (Doc. 41) is adopted.

    2. The motions to dismiss filed by Defendants Zanic, Jackson, Ghaner, Kurtz, Hungtingdon County Court of Common Pleas, Stitt, Kauffman, and SCI-Huntingdon (Docs. 24, 26, 29) are GRANTED.

    3. The above-captioned case is remanded to the magistrate judge for further proceedings, including a Report and Recommendation on dispositive motions, if necessary.

                                          /s/ William W. Caldwell
                                          William W. Caldwell
                                          United States District Judge