UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

VINCENT HALLMAN,                    :
      Plaintiff                      :
                                     :
      v.                             :    CIVIL NO. 1:12-CV-960
                                     :
HUNTINGDON COUNTY COURT             :
HOUSE, *et al.*,                    :
      Defendants                     :

*O R D E R*

      AND NOW, this 27th day of March, 2013, upon consideration of the report

and recommendation of the magistrate judge (Doc. 45), filed February 21, 2013, to which

no objections were filed, and upon independent review of the record, it is ordered that:

      1.  The magistrate judge's report (Doc. 45) is adopted.

      2.  Plaintiff's complaint is DISMISSED without prejudice as to
      Defendants Pennsylvania State Police and Trooper Andrew
      Corl.

      3.  The clerk of court shall close this case.

            /s/ William W. Caldwell
            William W. Caldwell
            United States District Judge